UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIFFANY QUINN,

    Plaintiff,

v.                                               CASE NO:   8:07-cv-1717-T-23EAJ

ISLAND FITNESS, INC., d/b/a
FUSION FITNESS and PAUL HARTFORD,

    Defendants.
_____/

## **ORDER**

       Following the magistrate judge's February 4, 2009, report and recommendation (Doc. 65), no party objects to the report and the time for filing objections has expired. Accordingly, the magistrate judge's report and recommendation (Doc. 65) is **ADOPTED**. The defendant Paul Hartford's motions for sanctions (Docs. 47, 57) are **GRANTED**. This action is **DISMISSED** pursuant to Rule 37(b)(2), Federal Rules of Civil Procedure, for the plaintiff's willful failure to comply with discovery orders. The Clerk is directed to terminate any pending motion and close the case.

       ORDERED in Tampa, Florida, on February 24, 2009.

                                                         */s/ Steven D. Merryday*
                                                      STEVEN D. MERRYDAY
                                                    UNITED STATES DISTRICT JUDGE